## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 B 26216 |
| Latonya Stevenson, ) | HON. TIMOTHY A. BARNES |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

### NOTICE OF MOTION

To:    Trustee Marilyn O Marshall, 224 South Michigan Ave. Suite 800, Chicago, IL 60604;

TITAN SECURITY SERVICES, INC, 210 W. 79th St, Chicago, IL 60620;

See Attached Service List.

Please take notice that on May 21, 2020, at 1:30 p.m., I shall appear before the Honorable Timothy A. Barnes in Courtroom 744 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion.

That a party who objects to the motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

### PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on May 12, 2020.


_____/s/ *Alexander Nohr*_____
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-26216<br>Northern District of Illinois<br>Eastern Division<br>Tue May 12 14:12:33 CDT 2020 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AARON SALES & LEASE OW<br>6071 Broadway<br>Merrillville, IN 46410-2619 |
| AD ASTRA RECOVERY SERV<br>7330 W 33RD ST N STE 118<br>WICHITA, KS 67205-9370 | AFNI, INC<br>PO Box 3517<br>Bloomington, IL 61702-3517 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 |
| CAPITAL SOL<br>28 E JACKSON #1324<br>CHICAGO, IL 60604-2218 | City Of Chicago Department of Finance<br>C/O Arnold Scott Harris P.C.<br>111 W Jackson Blvd Suite 600<br>Chicago, IL 60604-3517 | City of Chicago - Dep't of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 |
| DIVERSIFIED CONSULTANT<br>10550 DEERWOOD PARK BLVD<br>JACKSONVILLE, FL 32256-0596 | DRLEONARDS<br>PO BOX 2845<br>MONROE, WI 53566-8045 | IL Department of Human Services<br>100 S Grand Ave East<br>Springfield, IL 62762-0002 |
| Illinois Department of Human Services<br>IL Attorney General<br>100 W. Randolph St., 13th Fl.<br>Chicago, IL 60601-3222 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | RALLY MOTOR CREDIT<br>1420 S 500 W<br>Salt Lake Cty, UT 84115-5149 |
| RALLY MOTOR CREDIT<br>PO BOX 26707<br>SLC UT 84126<br>PHONE 84126-0707 | SpeedyRapid Cash<br>PO BOX 780408<br>Wichita, KS 67278-0408 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| Chris Pryor<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 | Latonya Stevenson<br>5441 S. Union<br>1<br>Chicago, IL 60609-5201 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Rodion Leshinsky<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAINE & WEINER<br>21210 Erwin St<br>Woodland Hls, CA 91367 | JEFFERSON CAPITAL SYST<br>16 MCLELAND RD<br>SAINT CLOUD, MN 56303 | (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |

Sprint Corp
Attention Bankruptcy
PO Box 7949
Overland Park, KS 66207-0949

End of Label Matrix
Mailable recipients 22
Bypassed recipients 0
Total 22

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 B 26216 |
| Latonya Stevenson, ) | HON. TIMOTHY A. BARNES |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO VACATE PAYROLL ORDER

NOW COMES the Debtor, Latonya Stevenson, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and hereby moves this Honorable Court to vacate the Order for Payroll Control entered on October 26, 2017. Debtor states the following:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157.  This is a core proceeding pursuant to 28 U.S.C. §157.

2. On August 31, 2017, the Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

3. On October 26, 2017, this Honorable Court entered and Order directing Debtor, Latonya Stevenson's employer Titan Security Services, Inc to deduct $210.00 each month from Debtor's paychecks for Chapter 13 Trustee Plan payments.

4. That Debtor's hours have been severely reduced due to the Covid-19 crisis.

5. Thus Debtor wishes to amend the order for payroll control to reflect that Titan Security Services, Inc, employer to Latonya Stevenson, deduct from the earnings of the debtor the sum of $105.00 each month beginning on the next pay day following the receipt of this order and to pay the sum so deducted to Marilyn O. Marshall, Trustee at least once a month.

6. That the foregoing constitutes sufficient grounds for this Court to enter an Order vacating the Order for Payroll Control entered on October 26, 2017.

WHEREFORE, Latonya Stevenson, Debtor, respectfully requests this Honorable Court enter an Order amending the Order for Payroll Control at docket entry number 19, and for such other and further relief as this Court deems fair and just.

Respectfully submitted,

__/s/ *Alexander Nohr*__
Attorney for the Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
 (312) 913-0625