UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 17-26216 |
|---|---|---|
| Latonya Stevenson | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

# ORDER AMENDING ORDER FOR PAYROLL CONTROL

This cause coming to be heard on the Motion of the Debtors to vacate docket entry number 19, entered on October 26, 2017, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given,

IT IS HEREBY ORDERED:

1. That the Order for Payroll Control, docket entry number 19, entered on October 26, 2017 is hereby amended to reflect that Titan Security Services, Inc, employer of Latonya Stevenson, shall deduct from the earnings of the debtor the sum of $105.00 each month beginning on the next pay day following the receipt of this order and pay the sum so deducted to Marilyn O. Marshall, Trustee at least once a month at the following address: Marilyn O. Marshall Chapter 13 Trustee, P.O. Box 2031, Memphis, TN 38101-2031.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: May 21, 2020

**Prepared by:**